UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Broad Brook Ventures LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DW Russell LLC,<br><br>　　　　　　　　Defendant. | 25-CV-893 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court held a conference in this matter on March 7, 2025. As stated on the record at the conference, the TRO remains in place on consent. The deadline for Defendant to answer or otherwise respond to the Complaint is adjourned sine die.

By **March 14, 2025**, the parties shall submit a joint status letter describing whether they have reached a settlement in principle and, if not, whether they are making progress toward settlement. If the parties wish to continue settlement discussions, the letter shall also propose a date for the next status update. If the parties no longer wish to pursue settlement, the letter shall propose a joint schedule (or, if necessary, competing schedules) for briefing on Plaintiff's motion for preliminary injunction and for Defendant's time to answer or otherwise respond to the Complaint.

SO ORDERED.

Dated: March 7, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge